■ MICHAEL McELROY, Respondent, v ELIZABETH SHAN-LI I, Appellant. [665 NYS2d 592] —In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Nassau County (Kohn, J.), dated November 22, 1996, which denied her motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, without costs or disbursements.

Summary judgment was properly denied since there are triable issues of fact. Mangano, P. J., Copertino, Joy, Florio and Luciano, JJ., concur.